**Order entered May 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00452-CR
No. 05-14-00453-CR

**MICHAEL WAYNE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F13-71062-J and F13-56255-J

## ORDER

The State's motion for an extension of time in which to file its appellate brief is

**GRANTED**.  The State's brief is deemed timely filed as of May 14, 2015, the date received.

/s/      ELIZABETH LANG-MIERS
PRESIDING JUSTICE